UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
Dov Bronstein,

                Plaintiff,        Civil Action No.:_____

    v.

Cohen & Slamowitz, LLP,        **COMPLAINT AND DEMAND**
                                                            **FOR TRIAL BY JURY**

                Defendant.
-----------------------------------------------X

Plaintiff Dov Bronstein ("Plaintiff" or "Bronstein"), by and through its attorneys, FREDRICK SCHULMAN & ASSOCIATES, Attorneys at Law, as and for its Complaint against the Defendant Cohen & Slamowitz, LLP ("Defendant" or "SLAMOWITZ"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.      Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of Sec. 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collection Practices Act ("FDCPA").

## PARTIES

2.      Plaintiff is a resident of the State of NY, County of Kings, residing at 481 Crown Street, Apt. A11, Brooklyn, NY 11225.

3.   Defendant is a collection firm with a principal place of business at 199 Crossways Park Drive, Woodbury, NY 11797, and, upon information and belief, is authorized to do business in the State of NY.

4.   SLAMOWITZ is a "debt collector" as the phrase is defined and used in the FDCPA.

## JURISDICTION AND VENUE

5.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sec. 1331, as well as 15 U.S.C. Sec. 1692 et. seq. and 28 U.S.C. Sec. 2201.  If applicable, the Court also has pendent jurisdiction over the State law claims in this action pursuant to 28 U.S.C. Sec. 1367(a).

6.   Venue is proper in this judicial district pursuant to 28 U.S.C. Sec. 1391(b)(2).

## FACTUAL ALLEGATIONS

7.   Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.   Upon information and belief, on a date better known to the Defendant, the Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9.   In or about July 2012, the Defendant placed numerous telephone calls to the Plaintiff, and left messages for the Plaintiff on the Plaintiff's shared answering machine (See attached hereto as "Exhibit A").

10.   Said messages contained personal and confidential information.

11.     Said messages were attempts to collect a debt, and they were left on an answering machine which was played and heard by one or more third parties who each had the right and opportunity to play same.

12.     Said messages were heard, amongst others, by the Plaintiff's brother, Menachem Bronstein.

13.     The actions of the Defendant led to embarrassment, harassment, and disclosure of confidential information to a third party.

14.     Said actions by the Defendant violated 15 U.S.C. Sec. 1692b(2) and 15 U.S.C. Sec. 1692c(b) which prohibit communicating with anyone except consumer and communicating to a third party, stating that a consumer owes a debt.

15.     As a result of the Defendant's deceptive, misleading and/or unfair debt collection practices, the Plaintiff has been damaged.

### FIRST CAUSE OF ACTION

**(Violations of the FDCPA)**

16.      Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "15" herein with the same force and effect as if the same were set forth at length herein.

17.     Defendant's debt collection efforts attempted and/or directed towards the Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. Sec. 1692b(2) and 15 U.S.C. Sec. 1692c(b).

18.     As a result of Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

19.     Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which the Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

   **WHEREFORE**, Plaintiff Dov Bronstein demands judgment against the Defendant Cohen & Slamowitz, LLP as follows:

   A.   For actual damages provided and pursuant to 15 USC Sec. 1692k(a)(1);

   B.   For statutory damages provided and pursuant to 15 USC Sec.1692k(2)(A):

   C.   For attorneys' fees and costs provided and pursuant to 15 USC Sec. 1692k(a)(3);

   D.   For a declaration that the Defendants' practices violated the FDCPA; and,

   E.   For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.


Dated:  New York, New York
         October 15, 2012

                              Respectfully submitted,


                              By:  s/ Aryeh L. Pomerantz
                                   Aryeh L. Pomerantz, Esq.
                              FREDRICK SCHULMAN & ASSOCIATES
                              Attorneys at Law
                              Attorney for Plaintiff
                              30 East 29TH Street
                              New York, New York 10016
                              (212) 796-6053
                              aryeh@fschulmanlaw.com